MD/FL 12C
(04/17)

# United States District Court

for

Middle District of Florida
Tampa Division

FILED BY  JAo       D.C.

FEB 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Leonardo Anchico-Jimenez        Docket Number: 8:05-cr-365-T-27TBM

Name of Sentencing Judicial Officer: Honorable James D. Whittemore   20-2304-MJ-TORRES
United States District Judge

Date of Original Sentence: October 19, 2006

Original Offense: Count One: Possession with Intent to Distribute Five Kilograms or More of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States. Count Two: Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States.

Original Sentence: 144 months in the custody of the Bureau of Prisons; followed by a 60-month term of Supervised Release. The following special conditions were imposed: should the defendant be deported, he shall not re-enter without permission. A $200 special assessment was also ordered.

Type of Supervision: Supervised Release

Date Supervision Commenced: June 3, 2016         Date Supervision Expires: June 2, 2021

Assistant United States Attorney: Christopher Tuite    Defense Attorney: William F. Ebsary (AFPD)

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following conditions of supervision:

1. **New criminal conduct, Conspiracy to Possess with Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine while Aboard a Vessel Subject to the Jurisdiction of the United States, occurring on October 15, 2019, while on supervision in violation of the conditions of supervision:** On October 15, 2019, the defendant was found on board a vessel subject to the jurisdiction of the United States. Law enforcement found approximately 1,140 kilograms of cocaine. He was subsequently arrested and charged with Conspiracy to Possess with Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine while Aboard a vessel Subject to the Jurisdiction, in the Southern District of Florida, Miami, Florida, Docket Number: 1:19-cr-20731-KMM.

2. **New criminal conduct, Possess with Intent to Distribute a Controlled Substance Specifically Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine while Aboard a Vessel Subject to the Jurisdiction of the United States, occurring on October 15, 2019, while on supervision in violation of the conditions of supervision:** On October 15, 2019, the defendant was found on board a vessel subject to the jurisdiction of the United States. Law enforcement found approximately 1,140 kilograms of cocaine. He was subsequently charged

Case 1:20-mj-02304-EGT   Document 1   Entered on FLSD Docket 02/28/2020   Page 2 of 3
Case 8:05-cr-00365-JDW-TBM   Document 631 (Court only)   Filed 01/27/20   Page 2 of 3
PageID 1904

MD/FL 12C                                                                                           Page 2
(04/17)

Offender: Leonardo Anchico-Jimenez
Docket: 8:05-cr-365-T-27TBM
Date Prepared: January 27, 2020

>   with Possess with Intent to Distribute a Controlled Substance Specifically Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States, in the Southern District of Florida, Miami, Florida, Docket Number: 1:19-cr-20731-KMM.

3. **New criminal conduct, Conspiracy to Operate a Semi-Submersible Vessel without Nationality, occurring on October 15, 2019, while on supervision in violation of the conditions of supervision:** On October 15, 2019, the defendant was found on board a vessel subject to the jurisdiction of the United States without any sign of nationality. He was subsequently charged with Conspiracy to Operate a Semi-Submersible Vessel without Nationality in the Southern District of Florida, Miami, Florida, Docket Number: 1:19-cr-20731-KMM.

4. **New criminal conduct, Knowingly and Intentionally Operate a Semi-Submersible Vessel without Nationality, occurring on October 15, 2019, while on supervision in violation of the conditions of supervision:** On October 15, 2019, the defendant was found on board a vessel subject to the jurisdiction of the United States without any sign of nationality. He was subsequently charged with Knowingly and Intentionally Operate a Semi-Submersible Vessel without Nationality.

United States Probation Office Recommendation:

☒   Issuance of a Warrant

☐   Issuance of a Summons

> I declare under penalty of perjury that the foregoing is true and correct.
> Executed on   January 27, 2020
>
> /s/ Danielle McCarthy
>
> Danielle McCarthy, Assistant
> United States Probation Officer

Case 1:20-mj-02304-EGT   Document 1   Entered on FLSD Docket 02/28/2020   Page 3 of 3
Case 8:05-cr-00365-JDW-TBM   Document 631 (Court only)   Filed 01/27/20   Page 3 of 3
PageID 1905

MD/FL 12C
(04/17)

Page 3

Offender: Leonardo Anchico-Jimenez
Docket: 8:05-cr-365-T-27TBM
Date Prepared: January 27, 2020

## THE COURT ORDERS

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

*Signature*
Signature of Judicial Officer

1/27/2020
Date

**JUDGE'S COMMENTS**