# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**      Date: 3/16/2020      Time: 10:00 a.m.

Defendant: Leonardo Anchico-Jimenez    J#: 48161-018    Case #: 20-2304-MJ-TORRES

AUSA: _Airne Jimeney_      Attorney: DAVID DONET, JR (CJA) ✓

Violation: WARR/MD/FL - SUPERVISED RELEASE VIOLATION

Proceeding: STATUS RE: REMOVAL      CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: _____

Bond Set at: $200,000 CSB w/Nebbia (stip)      Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: Spanish ✓

Disposition:

Deft already waived removal

Defense requests 2 week reset
Probation officer advised the
Court there was an attempt
to transfer the case but the
Judge in the Middle District
of Florida denied the request.
Counsel for the defendant
David Donet advised the court
he has not filed a Rule 20
Motion. Matter reset

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: Removal   4-1-2020 @ 10:00 Am   Duty Miami

D.A.R. 10:08:51      Time in Court: 6 minutes